UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

HELEN SWARTZ, Individually,

    Plaintiff,

vs.

77 BOX STREET HOLDING COMPANY LLC,
a New York Limited Liability Company,

    Defendant.

Case No.: 1:21-cv-04751-PKC-RLM

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff and Defendant, pursuant to the Federal Rules of Civil Procedure, hereby move to dismiss this action with prejudice, a resolution of all matters in dispute having been made pursuant to a Settlement Agreement executed between the parties.

Respectfully submitted,

**FOR THE PLAINTIFF:**

_/s/ Lawrence A. Fuller_
Lawrence A. Fuller, Esq. (LF-5450)
Fuller, Fuller & Associates, P.A.
12000 Biscayne Boulevard, Suite 502
North Miami, FL 33181
Telephone: (305) 891-5199
Facsimile: (305) 893-9505
Lfuller@fullerfuller.com

Dated: March 3, 2022

**FOR THE DEFENDANT:**

_/s/ William D. Hummell_
William D. Hummell, Esq.
Kucker & Bruh, LLP
747 Third Avenue, 12 Floor
New York, NY 10017
Telephone: (212)869-5030
Facsimile: (212)944-5818
whummell@kbllp.com

Dated: March 3, 2022

**SO ORDERED:**

_____
THE HONORABLE PAMELA F. CHEN,
United States District Judge

Dated:_____